UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

PHIL CRAWFORD,

    Plaintiff,

vs.   CASE NO.: 2:07-cv-702-Ftm-29SPC

DONALD C. WINTER,
UNITED STATES SECRETARY
OF THE NAVY,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Phil Crawford, and Defendant, Donald C. Winter, by and through undersigned counsel, hereby stipulate to the dismissal of the above-captioned matter with prejudice. Each party to pay their own attorney's fees and court costs.

WHEREFORE, Plaintiff, Phil Crawford, and Defendant, Donald C. Winter, request that the Court dismiss this cause with prejudice. Each party to pay their own attorney's fees and court costs.

Respectfully submitted on this 25th day of August, 2009.

| | |
|---|---|
| s/ Bradley P. Rothman | s/Javier M. Guzman |
| Bradley P. Rothman, Esq. | Javier M. Guzman. Esq. |
| Florida Bar No.: 0677345 | Assistant United States Attorney |
| Weldon & Rothman, PL | USAO No. 093 |
| 7935 Airport-Pulling Rd N., Suite 205 | 400 North Tampa Street, Suite 3200 |
| Naples, FL 34109 | Tampa, FL 33602 |
| brothman@weldonrothman.com | Javier.Guzman2@usdoj.gov |
| Counsel for Plaintiff | Counsel for Defendant |